Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
tanya@moorelawfirm.com

Attorney for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>       Plaintiff,<br><br>   vs.<br><br>ELITE VAPOR SHOP, INC., a California corporation, et al.,<br><br>       Defendants. | No. 1:15-cv-00399-LJO-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: May 1, 2015                          MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorney for Plaintiff
                                           Ronald Moore

NOTICE OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER

Page 1

## **ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

**IT IS SO ORDERED**
**Dated: May 1, 2015**

                                                      **/s/ Lawrence J. O'Neill**
                                                    **United States District Judge**